UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
Civil Division

UNITED STATES OF AMERICA, :
for the use and benefit of :
CTI Consultants, Inc. :
   *Plaintiff,* :
    :
   v. : Civil Case No: 1:08-CV-00786
    :
Civil Construction, LLC :
    :
   AND :
    :
Western Surety Company :
    :
   *Defendants.* :

## ANSWER OF DEFENDANTS CIVIL CONSTRUCTION, LLC AND WESTERN SURETY TO PLAINTIFF'S COMPLAINT

The Defendants, Civil Construction, LLC and Western Surety, by and through counsel, Gleason, Flynn, Emig & Fogleman, Chartered, hereby answer the Plaintiff's complaint as follows:

### FIRST DEFENSE

The plaintiff's complaint fails to set forth a claim upon which relief can be granted.

### SECOND DEFENSE

Answering specifically the numbered paragraphs of the complaint, these Defendants set forth the following:

1. In that paragraph No. 1 sets forth jurisdictional allegations, these defendants are not required to respond to the same.

2. These Defendants admit the allegations set forth in paragraph 2 of the complaint.

3. These Defendants admit the allegations set forth in paragraph 3 of the complaint.

4. These Defendants admit the allegations set forth in paragraph 4 of the complaint.

5. In that paragraph 5 incorporates by reference the preceding paragraphs, these Defendants incorporate by reference its responses thereto.

6. These Defendants admit the allegations set forth in paragraph 6 of the complaint.

7. These defendants deny the allegations set forth in paragraph 7 of the complaint.

8. These defendants deny the allegations set forth in paragraph 8 of the complaint.

9. These defendants deny the allegations set forth in paragraph 9 of the complaint.

10. These defendants deny the allegations set forth in paragraph 10 of the complaint.

11. In that paragraph 11 incorporates by reference the preceding paragraphs, these Defendants incorporate by reference its responses thereto.

12. These Defendants admit that they entered into a performance bond, but states that the performance bond speaks for itself.

13. These defendants deny the allegations set forth in paragraph 13 of the complaint.

14. These Defendants are without information sufficient to form a belief as to the truth of the averments set forth in paragraph 14 of the complaint.

15. These defendants deny the allegations set forth in paragraph 15 of the complaint.

16. These defendants deny the allegations set forth in paragraph 16 of the complaint.

17. These defendants deny the allegations set forth in paragraph 17 of the complaint.

### THIRD DEFENSE
These defendants dispute that the parties entered into a contract as alleged.

### FOURTH DEFENSE
The plaintiff failed to perform its obligations on the jobsite.

### FIFTH DEFENSE
These Defendants dispute the rates and amounts alleged by the Plaintiff.

### SIXTH DEFENSE
These Defendants reserve the right to rely on the defense of statute of limitations.

**WHEREFORE,** having fully answered, this Defendant respectfully requests judgment in its favor along with an award of costs and attorney's fees.

### JURY DEMAND

This defendant respectfully requests a trial by jury on all issues set forth herein.

_____
Gerard J. Emig

Respectfully submitted,

GLEASON, FLYNN, EMIG & FOGLEMAN, CHARTERED

_____
Gerard J. Emig, Esquire (973609)
11 North Washington Street
Suite 400
Rockville, Maryland 20850
Tel:    (301) 294 2110
Fax:    (301) 294 0737
**Counsel for Defendants Civil Construction LLC & Western Surety**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Answer to Complaint was mailed, postage prepaid, this 18th day of June, 2008, to:

Christopher N. Korjus, Esq.
Cowles, Rinaldi, Judkins & Korjus, Ltd.
10521 Judicial Drive, Suite 204
Fairfax, VA 22030
*Counsel for Plaintiff*

Western Surety Company
Serve: James W. Greene, Reg. Agent
1050 17th Street, NW Suite 830
Washington, DC 20036

_____
Gerard J. Emig

4