**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
(Civil Division)**

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>for the use and benefit of )<br>CTI CONSULTANTS INC. )<br>15734 Crabbs Branch Way )<br>Rockville, MD 20855 )<br>         )<br>     Plaintiff )<br>         )<br>vs.         )<br>         )<br>CIVIL CONSTRUCTION LLC *et al.* )<br>2413 Schuster Drive )<br>Cheverly, MD  20781 )<br>         )<br>     Defendants. )  | Civil Action No. 1-08-CV-00786 JR |

## **RULE 26 (a)(3) PRETRIAL DISCLOSURES**

The plaintiff, CTI Consultants Inc. ("CTI") by counsel, and pursuant to Rule 26(a)(3) of the Federal Rules of Civil Procedure, sets forth the following pretrial disclosures based on information and documents currently known:

### **A.  NAME OF WITNESSES**

**Witnesses Plaintiff expects to present**

1. Michael Brown

2. Joe Kruse

**Witnesses Plaintiff may call if the need arises**

3. Ramatolla Alizedeh

4. Julio Mata

5. Norm Evans

1

## B.  WITNESSES PLAINTIFF EXPECTS TO PRESENT BY DEPOSITION

None at this time.

## C.  LIST OF EXHIBITS

**Exhibits Plaintiff expects to offer:**

Ex. 1   Summary of Claim (Per Pretrial Disclosure Statement, Sec C)

Ex. 2   Purchase Order dated 2/01/07

Ex. 3   Purchase Order dated 2/01/07 (revised to include Adhesion Pull Test)

Ex. 4   CTI Proposal, including attachments, dated 1/26/07

Ex. 5   Civil Construction LLC check nos. 24429 and 24428

Ex. 6   Payment Bond

Ex. 7   CTI Invoice dated 12/31/07 and backup

Ex. 8   CTI Revised Invoice dated 6/30/07 and back up

Ex. 9   CTI Invoice dated 7/30/07 and back up

Ex. 10  CTI Invoice dated 8/31/07 and back up

Ex. 11  CTI Invoice dated 9/30/07 and back up

Ex. 12  CTI Invoice dated 10/31/07 and back up

Ex. 13  CTI Invoice dated11/30/07 and back up

Ex. 14  CTI Invoice dated 5/31/07 and back up

**Exhibits Plaintiff may offer if the need arises:**

Ex. 15  Civil letter dated 11/8/07

Ex. 16  Civil letter dated 10/30/07

Ex. 17 Civil letter dated 12/5/07

Ex. 18  CTI letter dated 12/7/07

Ex. 19  Civil fax to CTI dated 11/13/07

Ex. 20  CTI letter dated 6/5/07

Ex 21   Civil letter dated 6/5/07

Ex 22   Civil fax to CTI dated 5/16/07 (Specifications for Testing Procedure)

Ex. 23  Non-Compliance Report dated 10/31/07 and backup

Ex. 24 Non-Compliance Report dated 09/19/07 and backup

Ex. 25 Daily Field Reports dated 5/14; 5/21; 5/23; 5/25; 5/29; 6/1; 6/4; 6/5; 6/5(Kruse); 6/6; 6/7; 6/11; 6/13; 6/19; 6/20; 6/25; 6/26; 6/28; 7/2; 7/3 (2007)

All of the above referenced documents were furnished to defendants with the plaintiff's initial disclosure statement.

Plaintiff's pretrial disclosure statement is based upon information and knowledge currently known and available to the plaintiff. As additional information and documentation may become known or available, supplementation will occur pursuant to the Federal Rules of Civil Procedure.

                    Respectfully Submitted,

                    /s/ Christopher N. Korus
                    Christopher N. Korjus
                    Cowles, Rinaldi, Judkins & Korjus, Ltd.
                    Counsel for the Plaintiff
                    10521 Judicial Drive, Suite 204
                    Fairfax, Virginia 22030
                    (703) 385-9060
                    Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing was faxed and filed electronically on this 29th day of August, 2008, to:

Gerard J. Emig
Gleason, Flynn, Emig & Fogleman Chartered
11 North Washington Street, Suite 400
Rockville, MD  20850


/s/ Christopher N. Korus
Christopher N. Korjus

g:\chris\cti\civil\federal\rule 26(a)(3) pretrial disclosure.doc