UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>for the use and benefit of<br>CTI Consultants, Inc.<br>  *Plaintiff,*<br><br>v.<br><br>Civil Construction, LLC<br><br>  AND<br><br>Western Surety Company<br><br>  *Defendants.* | :<br>:<br>:<br>:<br>:<br>:  Civil Case No: 1:08-CV-00786<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**DEFENDANTS'**
**RULE 26(A)(3) PRETRIAL DISCLOSURES**

The Defendants, by and through counsel, Gleason, Flynn, Emig & Fogleman, Chartered, and pursuant to Rule 26(a)(3) of the Federal Rules of Civil Procedure, hereby sets forth the following pretrial disclosures:

I.  **Names of Witnesses**

   a) **Witnesses the Defendant Expects to Present**

   i)   Mehdi Mirshahi, Vice President, Civil Construction, LLC

   ii)  Steve Salehi, President, Civil Construction, LLC.

   iii) Garish Patel, Project Manager, Civil Construction, LLC.

   b) **Witnesses the Defendant May Call if the Need Arises**

   i)   Firuz Makhtari

   ii)  Any and all witnesses identified by the plaintiff.

II. **Witnesses the Defendant Expects to Present by Deposition**

    i) None at this Time.

III. **List of Exhibits**

  a) **Exhibits Defendants Expects to Offer**

    i) Purchase Order

    ii) CTI letter dated January 26, 2007

    iii) Scope of work, schedule of rate, and general conditions prepared by CTI

    iv) Civil letter November 8, 2007.

    v) Civil letter dated December 5, 2007

    vi) CTI letter dated December 7, 2007

    vii) CTI letter dated June 5, 2007

    viii) Civil letter dated June 5, 2007 with backup

    ix) CTI invoice dated 05/31/07 with Civil's analysis

    x) CTI invoice dated 06/30/07 with Civil's analysis

    xi) CTI invoice dated 07/31/07 with Civil's analysis

    xii) CTI invoice dated 08/31/07 with Civil's analysis

    xiii) CTI invoice dated 09/30/07 with Civil's analysis

    xiv) CTI invoice dated 10/31/07 with Civil's analysis

    xv) CTI invoice dated 11/30/07 with Civil's analysis

    xvi) Civil's backcharge documentation.

xvii) Summary sheet (to be prepared) establishing Civil's analysis of outstanding invoices, appropriate credits to Civil, back charges to CTI, and list of damages (non-payment by owner) as set off

xviii) List of missing reports

> Respectfully submitted,
>
> GLEASON, FLYNN, EMIG &
> FOGLEMAN, CHARTERED
>
> _____
> Gerard J. Emig, Esquire (973609)
> 11 North Washington Street
> Suite 400
> Rockville, Maryland 20850
> Tel:   (301) 294 2110
> Fax:   (301) 294 0737
> **Counsel for Defendants**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Defendant's Rule 26(a)(3) Pretrial Disclosures was mailed, postage prepaid, this ___29th___ day of __August__, 2008, to:

Christopher N. Korjus, Esq.
Cowles, Rinaldi, Judkins & Korjus, Ltd.
10521 Judicial Drive, Suite 204
Fairfax, VA 22030
*Counsel for Plaintiff*

_____
Gerard J. Emig